# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| FAHMI K. NAJARI, | ) | CASE NO. 3:23-cv-01168 |
| | ) | |
| Petitioner, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | |
| | ) | |
| MERRICK GARLAND, *et al.*, | ) | |
| | ) | **JUDGMENT** |
| Respondents. | ) | |
| | ) | |

For the reasons stated in the related Order issued this date, the Court DENIES the Petitioner's Petition (R. [1]), and this action is DISMISSED pursuant to 28 U.S.C. § 2243.

I further certify, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

Date: July 31, 2025

s/ *David A. Ruiz*
David A. Ruiz
United States District Judge